# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Chapter 11 |
| SPECIALTY RETAIL SHOPS HOLDING CORP., *et al.*,[1] | Case No. 19-80064 (TLS) |
| | (Jointly Administered) |
| SOBEL WESTEX, INC. d/b/a BALTIC LINEN, | |
| Plaintiff, | |
| VS. | Adv. Pro. Number 19-08002 |
| SHOPKO STORES OPERATING CO., LLC | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND RESERVATION OF RIGHTS

COMES NOW, Plaintiff Sobel Westex, Inc. d/b/a Baltic Linen, pursuant to Fed. R. Civ. P. 41, made applicable to this adversary proceeding by Fed. R. Bank. P. 7041, and hereby voluntarily dismisses the above captioned adversary proceeding without prejudice to refiling, with each party to bear its own costs and attorney fees in this action. Plaintiff further reserves any and all rights, demands, causes of action, claims, enforcement rights, defenses, set-offs, and the like, whether arising before or after Debtors' petition date, that Plaintiff may possess against Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Specialty Retail Shops Holding Corp. (0029); Pamida Stores Operating Co., LLC (6157); Pamida Transportation, LLC (4219); Penn-Daniels, LLC (0040); Place's Associates' Expansion, LLC (7526); Retained R/E SPE, LLC (6679); Shopko Finance, LLC (1152); Shopko Gift Card Co., LLC (2161); ShopKo Holding Company, LLC (0171); ShopKo Institutional Care Services Co., LLC (7112); ShopKo Optical Manufacturing, LLC (6346); ShopKop Properties, LLC (0865); ShopKo Stores Operating Co., LLC (6109); SVS Trucking, LLC (0592). The location of the Debtors' service address is: 700 Pilgrim Way, Green Bay, Wisconsin 54304

1

                Respectfully submitted,

Dated: February 6, 2019        **DVORAK LAW GROUP, LLC**

By: /s/ Patrick R. Turner
Patrick R. Turner, #23461
13625 California Street, #110
Omaha, NE   68154
Phone:  402-934-4770
E-mail: pturner@ddlawgroup.com
-and-

**HOWARD & HOWARD ATTORNEYS PLLC**

Lisa S. Gretchko (P29881)
(*pro hac vice* application to be filed)
450 West Fourth Street
Royal Oak, MI   48067
Phone:  (248) 723-0396
E-mail: lsg@h2law.com

2

4814-4832-8070, v. 4